**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01815-LTB-CBS

MATTHEW ALAN SMITH,

    Plaintiff,

v.

UNITED PARCEL SERVICE,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order (Doc. No. 49) of Senior Judge Lewis T. Babcock entered on March 24, 2014 it is

    ORDERED that the Magistrate Judge's Recommendation is APPROVED IN PART.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, United Parcel Service, and against Plaintiff, Matthew Alan Smith.  It is

    FURTHER ORDERED that each party shall bear its own costs and attorney's fees.  It is

    FURTHER ORDERED that plaintiff's Complaint and this civil action are DISMISSED WITH PREJUDICE.

Dated at Denver, Colorado this 24th day of March, 2014.

                    FOR THE COURT:
                    JEFFREY P. COLWELL, CLERK

        By:  s/   Emily Seamon

                    Emily Seamon
                    Deputy Clerk